IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALBERT KING, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO.  2:12-cv-190-TMH |
| ) | WO |
| OFFICER ANDERSON, *et al.*, ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1.  The plaintiff's objection (Doc. #14) to the Recommendation of the Magistrate Judge filed on December 13, 2011 is overruled;

2.  The Recommendation of the Magistrate Judge (Doc. #9) filed on March 9, 2012 is adopted;

3.  The motion for repliminary injunction filed by the plaintiff is DENIED.

4.  This case is referred back to the Magistrate Judge for additional proceedings.

DONE this the  22nd day of March, 2012.

/s/ Truman M. Hobbs
SENIOR UNITED STATES DISTRICT JUDGE